# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE FESSENDEN SCHOOL,  )<br>　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　 )<br>　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　)<br>CHUBB LIMITED,　　　　　　 )<br>　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　  )<br>　　　　　　　　　　　　　) | Civil Action No. 1:16-cv-12428 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff The Fessenden School hereby gives notice of its voluntary dismissal of claims against Defendant Chubb Limited without prejudice. Plaintiff notes that the Defendant has not yet been served with process in this action and has not served either an answer or motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THE FESSENDEN SCHOOL,

　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　 /s/ *Alycia M. Kennedy*
　　　　　　　　　　　　　　　　　　　　Nicholas B. Carter (BBO# 561147)
　　　　　　　　　　　　　　　　　　　　ncarter@toddweld.com
　　　　　　　　　　　　　　　　　　　　Alycia M. Kennedy (BBO# 688801)
　　　　　　　　　　　　　　　　　　　　akennedy@toddweld.com
　　　　　　　　　　　　　　　　　　　　TODD & WELD LLP
　　　　　　　　　　　　　　　　　　　　One Federal Street, 27th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　(617) 720-2626

Dated:  December 8, 2016

**CERTIFICATE OF SERVICE**

I, Alycia Kennedy, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | /s/ Alycia Kennedy |
|  | Nicholas B. Carter (BBO# 561147) |
|  | ncarter@toddweld.com |
|  | Alycia M. Kennedy (BBO# 688801) |
|  | akennedy@toddweld.com |
|  | TODD & WELD LLP |
|  | One Federal Street, 27th Floor |
|  | Boston, MA  02110 |
|  | Tel. (617) 720-2626 |
| Dated:  December 8, 2016 | Fax  (617) 227-5777 |